**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34265 |
| | § | |
| DANIEL J MCQUAID | § | |
| ALICE M WOOD | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2012. The undersigned trustee was appointed on 08/29/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                             $77,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $503.03 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $76,996.97 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/12/2013 and the deadline for filing government claims was 04/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,125.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,125.00, for a total compensation of $7,125.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2014            By:   /s/ David E. Grochocinski
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 12-34265-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | Date Filed (f) or Converted (c): | 08/29/2012 (f) |
| For the Period Ending: | 2/20/2014 | §341(a) Meeting Date: | 09/27/2012 |
| | | Claims Bar Date: | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Location: 623 Melody Lane, Naperville IL 60540 - Per Zillo | $327,226.00 | $0.00 | | $0.00 | FA |
| 2 | 111 Center Street, Unit 235 Lake Geneva, IL - Listed on MLS @ $110,000.00 Held with Co-Debtors Mother Doris Wood | $50,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on Hand | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Checking / Savings Account at U.S. Bank | $2,500.00 | $600.00 | | $0.00 | FA |
| 5 | Misc Household Goods and Furniture located at - , Resale Value | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Personal Clothing of Debtor | $500.00 | $0.00 | | $0.00 | FA |
| 7 | TRS Retirement | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Wealth Watchers Int. - Trademark & Copy Rights | $100.00 | $100.00 | | $0.00 | FA |
| 9 | Law Offices of Alice Wood | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2004 Toyota Prius | $4,500.00 | $0.00 | | $0.00 | FA |
| 11 | 2003 Honda Odyssey | $4,500.00 | $0.00 | | $0.00 | FA |
| 12 | 1996 Honda Civic | $500.00 | $0.00 | | $0.00 | FA |
| 13 | The Alice M Wood Special Needs Trust | $160,000.00 | $0.00 | | $77,500.00 | FA |
| 14 | Trademark & Copy Rights | $500.00 | $500.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$551,426.00 $1,200.00 $77,500.00 $0.00

**Major Activities affecting case closing:**

Matter pending re: turnover of Special Needs Trust. Appeal filed from decision of court in favor of Trustee.

Settlement & compromise pending

Settlement ordered. Settlement money deposited.

Review of Claims pending.

claims review should be completed by 2/15/14. case can proceed to final at that time. est is 5/30/14.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| **Case No.:** | 12-34265-DRC | | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | MCQUAID, DANIEL J AND WOOD, ALICE M | | | **Date Filed (f) or Converted (c):** | 08/29/2012 (f) |
| **For the Period Ending:** | 2/20/2014 | | | **§341(a) Meeting Date:** | 09/27/2012 |
| | | | | **Claims Bar Date:** | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2014    **Current Projected Date Of Final Report (TFR):** 12/31/2014    /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34265-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2430 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | **-***2431 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/20/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2013 | (13) | Daniel McQuad Trustee of Alice M. Wood Special Trust | SETTLEMENT PAYMENT ordered September 13, 2013 | 1149-000 | $77,500.00 | | $77,500.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $125.06 | $77,374.94 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $124.85 | $77,250.09 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $120.63 | $77,129.46 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $132.49 | $76,996.97 |

| | | |
|---|---|---|
| TOTALS: | $77,500.00 | $503.03 | $76,996.97 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $77,500.00 | $503.03 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $77,500.00 | $503.03 | |

| For the period of 8/29/2012 to 2/20/2014 | | For the entire history of the account between 09/30/2013 to 2/20/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $77,500.00 | Total Compensable Receipts: | $77,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $77,500.00 | Total Comp/Non Comp Receipts: | $77,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $503.03 | Total Compensable Disbursements: | $503.03 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $503.03 | Total Comp/Non Comp Disbursements: | $503.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-34265-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2430 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | **-***2431 | Account Title: | |
| For Period Beginning: | 8/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/20/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $77,500.00 | $503.03 | $76,996.97 |

**For the period of 8/29/2012 to 2/20/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $77,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $77,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $503.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $503.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/29/2012 to 2/20/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $77,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $77,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $503.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $503.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

| Case No.: | 12-34265-DRC | | | | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | | | | | | | Date: | 2/20/2014 |
| Claims Bar Date: | 04/12/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 02/19/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,125.00 | $7,125.00 | $0.00 | $0.00 | $0.00 | $7,125.00 |
| | INNOVALAW, PC<br><br>1900 Ravinia Palce<br>Orland Park IL 60462 | 02/20/2014 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $25.52 | $25.52 | $25.52 | $0.00 | $0.00 | $0.00 | $25.52 |
| | INNOVALAW, PC<br><br>1900 Ravinia Palce<br>Orland Park IL 60462 | 02/20/2014 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $9,312.50 | $9,312.50 | $9,312.50 | $0.00 | $0.00 | $0.00 | $9,312.50 |
| 1 | HINSHAW AND CULBERTSON LLP<br>Attn: Julie Ashmore<br>222 N. LaSalle Street, Suite 300<br>Chicago IL 60601 | 12/05/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,759.00 | $4,759.00 | $0.00 | $0.00 | $0.00 | $4,759.00 |
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 01/15/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,733.60 | $16,733.60 | $0.00 | $0.00 | $0.00 | $16,733.60 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 01/24/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $56,441.70 | $56,441.70 | $0.00 | $0.00 | $0.00 | $56,441.70 |

| Case No.: | 12-34265-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | | | Date: | 2/20/2014 |
| Claims Bar Date: | 04/12/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | YOUNG AMERICA'S FOUNDATION<br>Whitman Brisky -Mauck & Baker, LLC<br>1 North LaSalle St<br>Suite 600<br>Chicago IL 60602 | 01/29/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,500,000.00 | $2,500,000.00 | $0.00 | $0.00 | $0.00 | $2,500,000.00 |
| 5 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 | 02/26/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,025.23 | $8,025.23 | $0.00 | $0.00 | $0.00 | $8,025.23 |

**Claim Notes:** (5-1) loc3579

| 6 | US BANK N.A.<br><br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 | 02/26/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $465.89 | $465.89 | $0.00 | $0.00 | $0.00 | $465.89 |

**Claim Notes:** (6-1) loc9919

| 7 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/04/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,469.60 | $6,469.60 | $0.00 | $0.00 | $0.00 | $6,469.60 |

**Claim Notes:** (7-1) CREDIT CARD DEBT

| 8 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/04/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,101.24 | $4,101.24 | $0.00 | $0.00 | $0.00 | $4,101.24 |

**Claim Notes:** (8-1) CREDIT CARD DEBT

| Case No.: | 12-34265-DRC | | | | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | | | | | | | Date: | 2/20/2014 |
| Claims Bar Date: | 04/12/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | US BANK N.A. <br><br> BANKRUPTCY DEPARTMENT <br> P.O. BOX 5229 <br> CINCINNATI OH 45201-5229 | 03/20/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $24,995.17 | $24,995.17 | $0.00 | $0.00 | $0.00 | $24,995.17 |

Claim Notes:    (9-1) ILX6100

| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE <br> of Citibank, N.A. <br> Resurgent Capital Services <br> PO Box 19008 <br> Greenville SC 29602 | 03/28/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,801.61 | $29,801.61 | $0.00 | $0.00 | $0.00 | $29,801.61 |
| 11 | ECAST SETTLEMENT CORPORATION, ASSIGNEE <br> of Chase Bank USA, N.A. <br> POB 29262 <br> New York NY 10087-9262 | 04/09/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,683.88 | $19,683.88 | $0.00 | $0.00 | $0.00 | $19,683.88 |

Claim Notes:    (11-1) CREDIT CARD DEBT

| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC <br> successor to US BANK NATIONAL ASSOC <br> POB 41067 <br> Norfolk VA 23541 | 04/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,229.27 | $17,229.27 | $0.00 | $0.00 | $0.00 | $17,229.27 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC <br> successor to US BANK NATIONAL ASSOC <br> POB 41067 <br> Norfolk VA 23541 | 04/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,181.83 | $12,181.83 | $0.00 | $0.00 | $0.00 | $12,181.83 |

| Case No.: | 12-34265-DRC | | | | | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL J AND WOOD, ALICE M | | | | | | | Date: | 2/20/2014 |
| Claims Bar Date: | 04/12/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk VA 23541 | 04/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,027.15 | $11,027.15 | $0.00 | $0.00 | $0.00 | $11,027.15 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk VA 23541 | 04/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,327.62 | $8,327.62 | $0.00 | $0.00 | $0.00 | $8,327.62 |
| 16 | BMO HARRIS BANK N.A. Howard & Howard Attorneys PLLC c/o Donna Rizzuto 200 South Michigan Ave. Ste 1100 Chicago IL 60604 | 05/17/2013 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $50,794.38 | $50,794.38 | $0.00 | $0.00 | $0.00 | $50,794.38 |
| | | | | | | $2,787,500.19 | $2,787,500.19 | $0.00 | $0.00 | $0.00 | $2,787,500.19 | |

**CLAIM ANALYSIS REPORT** Page No: 5 Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 12-34265-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | MCQUAID, DANIEL J AND WOOD, ALICE M | **Date:** | 2/20/2014 |
| **Claims Bar Date:** | 04/12/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trustee Firm) | $25.52 | $25.52 | $0.00 | $0.00 | $0.00 | $25.52 |
| Attorney for Trustee Fees (Trustee Firm) | $9,312.50 | $9,312.50 | $0.00 | $0.00 | $0.00 | $9,312.50 |
| General Unsecured § 726(a)(2) | $2,720,242.79 | $2,720,242.79 | $0.00 | $0.00 | $0.00 | $2,720,242.79 |
| Tardy General Unsecured § 726(a)(3) | $50,794.38 | $50,794.38 | $0.00 | $0.00 | $0.00 | $50,794.38 |
| Trustee Compensation | $7,125.00 | $7,125.00 | $0.00 | $0.00 | $0.00 | $7,125.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      12-34265
Case Name:     DANIEL J MCQUAID
               ALICE M WOOD
Trustee Name:  David E. Grochocinski

Balance on hand:        $76,996.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:                    $76,996.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $7,125.00 | $0.00 | $7,125.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $9,312.50 | $0.00 | $9,312.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $25.52 | $0.00 | $25.52 |

Total to be paid for chapter 7 administrative expenses:     $16,463.02
Remaining balance:                                          $60,533.95

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:                                        $60,533.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:                  $60,533.95

**UST Form 101-7-TFR (5/1/2011)**

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $2,720,242.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Hinshaw and Culbertson LLP | $4,759.00 | $0.00 | $105.89 |
| 2 | Discover Bank | $16,733.60 | $0.00 | $372.37 |
| 3 | PYOD, LLC its successors and assigns as assignee | $56,441.70 | $0.00 | $1,256.00 |
| 4 | Young America's Foundation | $2,500,000.00 | $0.00 | $55,632.86 |
| 5 | US BANK N.A. | $8,025.23 | $0.00 | $178.59 |
| 6 | US BANK N.A. | $465.89 | $0.00 | $10.37 |
| 7 | American Express Bank, FSB | $6,469.60 | $0.00 | $143.97 |
| 8 | American Express Bank, FSB | $4,101.24 | $0.00 | $91.27 |
| 9 | US BANK N.A. | $24,995.17 | $0.00 | $556.22 |
| 10 | PYOD, LLC its successors and assigns as assignee | $29,801.61 | $0.00 | $663.18 |
| 11 | eCAST Settlement Corporation, assignee | $19,683.88 | $0.00 | $438.03 |
| 12 | Portfolio Recovery Associates, LLC | $17,229.27 | $0.00 | $383.41 |
| 13 | Portfolio Recovery Associates, LLC | $12,181.83 | $0.00 | $271.08 |
| 14 | Portfolio Recovery Associates, LLC | $11,027.15 | $0.00 | $245.39 |
| 15 | Portfolio Recovery Associates, LLC | $8,327.62 | $0.00 | $185.32 |

      Total to be paid to timely general unsecured claims:     $60,533.95
      Remaining balance:     $0.00

      Tardily filed claims of general (unsecured) creditors totaling $50,794.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

|    |                      |             | **Date** |        |
|----|----------------------|-------------|----------|--------|
| 16 | BMO Harris Bank N.A. | $50,794.38  | $0.00    | $0.00  |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**