# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-34265 |
| | § | |
| DANIEL J MCQUAID | § | |
| ALICE M WOOD | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 4/4/2014, in Courtroom 240, United States Courthouse, Kane County, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   03/03/2014                    By:   /s/ David E. Grochocinski
                                                          Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 12-34265 |
|---|---|---|
|  | § |  |
| DANIEL J MCQUAID | § |  |
| ALICE M WOOD | § |  |
|  | § |  |
| Debtor(s) | § |  |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $77,500.00
*and approved disbursements of*     $503.03
*leaving a balance on hand of*[1] :     $76,996.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $76,996.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $7,125.00 | $0.00 | $7,125.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $9,312.50 | $0.00 | $9,312.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $25.52 | $0.00 | $25.52 |

Total to be paid for chapter 7 administrative expenses:     $16,463.02
Remaining balance:     $60,533.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  |  | Remaining balance: | $60,533.95 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $60,533.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,720,242.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Hinshaw and Culbertson LLP | $4,759.00 | $0.00 | $105.89 |
| 2 | Discover Bank | $16,733.60 | $0.00 | $372.37 |
| 3 | PYOD, LLC its successors and assigns as assignee | $56,441.70 | $0.00 | $1,256.00 |
| 4 | Young America's Foundation | $2,500,000.00 | $0.00 | $55,632.86 |
| 5 | US BANK N.A. | $8,025.23 | $0.00 | $178.59 |
| 6 | US BANK N.A. | $465.89 | $0.00 | $10.37 |
| 7 | American Express Bank, FSB | $6,469.60 | $0.00 | $143.97 |
| 8 | American Express Bank, FSB | $4,101.24 | $0.00 | $91.27 |
| 9 | US BANK N.A. | $24,995.17 | $0.00 | $556.22 |
| 10 | PYOD, LLC its successors and assigns as assignee | $29,801.61 | $0.00 | $663.18 |
| 11 | eCAST Settlement Corporation, assignee | $19,683.88 | $0.00 | $438.03 |
| 12 | Portfolio Recovery Associates, LLC | $17,229.27 | $0.00 | $383.41 |
| 13 | Portfolio Recovery Associates, LLC | $12,181.83 | $0.00 | $271.08 |
| 14 | Portfolio Recovery Associates, LLC | $11,027.15 | $0.00 | $245.39 |

**UST Form 101-7-NFR (10/1/2010)**

| | 15 | Portfolio Recovery Associates, LLC | $8,327.62 | $0.00 | $185.32 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $60,533.95 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $50,794.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 16 | BMO Harris Bank N.A. | $50,794.38 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
 Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 12-34265-DRC
Daniel J McQuaid                                                  Chapter 7
Alice M Wood
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet           Page 1 of 2           Date Rcvd: Mar 04, 2014
                              Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2014.
db/jdb         +Daniel J McQuaid,    Alice M Wood,    623 Melody Lane,    Naperville, IL 60540-6618
20123022        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19375035       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20495572       +BMO Harris Bank N.A.,    Howard & Howard Attorneys PLLC,    c/o Donna Rizzuto,
                 200 South Michigan Ave. Ste 1100,    Chicago, IL 60604-2461
19375036       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19375037       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19375038       +Citibank,    Po Box 22828,    Rochester, NY 14692-2828
19375040       +Glelsi/Us Bank,    Po Box 7860,    Madison, WI 53707-7860
19375041       +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
19778789       +Hinshaw and Culbertson LLP,    Attn: Julie Ashmore,    222 N. LaSalle Street, Suite 300,
                 Chicago, IL 60601-1081
19375043       +Old Second National Ba,    37 S River St,    Aurora, IL 60506-4172
20308838       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOC,    POB 41067,    Norfolk, VA 23541)
20087391       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
19375047        Verizon Wireless,    PO Box 25506,    Lehigh Valley, PA 18002
19520815       +Young America's Foundation,    Whitman Brisky -Mauck & Baker, LLC,    1 North LaSalle St,
                 Suite 600,    Chicago, IL 60602-3981
20305431        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19916734        E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2014 01:34:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19375039       +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2014 01:34:08      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19375042        E-mail/Text: cio.bncmail@irs.gov Mar 05 2014 01:12:09      Internal Revenue Service (IRS),
                 PO Box 7346,    Philadelphia, PA 19101-7346
19959047       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2014 01:18:14
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20123023*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20308837*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOCIATIO,    POB 41067,    Norfolk, VA 23541)
19375044*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
19375045*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201)
19375046*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2014                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Mar 04, 2014
                              Form ID: pdf006              Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2014 at the address(es) listed below:

              David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
              David E Grochocinski    on behalf of Attorney    InnovaLaw, PC dgrochocinski@innovalaw.com,
               deg@trustesolutions.net
              Donna  Rizzuto    on behalf of Creditor    BMO Harris Bank N.A. drizzuto@howardandhoward.com,
               kperez@howardandhoward.com
              John H Redfield    on behalf of Debtor Daniel J McQuaid jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John H Redfield    on behalf of Joint Debtor Alice M Wood jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John J Lynch    on behalf of Debtor Daniel J McQuaid jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com;mnels
               on@lynch4law.com
              John J Lynch    on behalf of Joint Debtor Alice M Wood jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com;mnels
               on@lynch4law.com
              Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Whitman H. Brisky    on behalf of Creditor    Young America's Foundation wbrisky@mauckbaker.com,
               WHBCourt@mauckbaker.com;raguilan@mauckbaker.com
                                                                                             TOTAL: 11