IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | No. 12-34265 |
| | ) | |
| Daniel J. McQuaid and Alice M. Wood | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Donald R. Cassling (Geneva) |
| | ) | |
| | ) | |

**<u>NOTICE OF WITHDRAWAL</u>**

Movant hereby withdraws the Trustee Final Report and Applications for Compensation (Doc. #82), Application for Compensation for David E. Grochocinski, Trustee (Doc. #80), and the Application for Compensation for InnovaLaw, P.C. (Doc. #81) filed on March 3, 2014.

                                                    */s/David E. Grochocinski*
                                                    David E. Grochocinski

David E. Grochocinski
Kathleen M. McGuire
InnovaLaw, P.C.
Attorneys at Law
1900 Ravinia Place
Orland Park, IL 60462
(708)675-1975