# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCQUAID, DANIEL | § | Case No. 12-34265 DRC |
| WOOD, ALICE | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2012 .  The undersigned trustee was appointed on 04/16/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $          77,500.00

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 43.36 |
| Bank service fees | 2,162.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 75,294.53 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/12/2013  and the deadline for filing governmental claims was  04/12/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,125.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,125.00 , for a total compensation of $ 7,125.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/11/2015                    By:/s/GINA B. KROL
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit A

| Case No: | 12-34265 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL | | | | Date Filed (f) or Converted (c): | 08/29/12 (f) |
| | WOOD, ALICE | | | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: | 08/11/15 | | | | Claims Bar Date: | 04/12/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Location: 623 Melody Lane, Naperville IL 60540 - Per Zillo | 327,226.00 | 0.00 | | 0.00 | FA |
| 2. | 111 Center Street, Unit 235 Lake Geneva, IL - Listed on MLS @ $110,000.00 Held with Co-Debtors Mother Doris Wood | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. | Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. | Checking / Savings Account at U.S. Bank | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. | Misc Household Goods and Furniture located at - , Resale Value | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. | Personal Clothing of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7. | TRS Retirement | 0.00 | 0.00 | | 0.00 | FA |
| 8. | Wealth Watchers Int. - Trademark & Copy Rights | 100.00 | 0.00 | | 0.00 | FA |
| 9. | Law Offices of Alice Wood | 0.00 | 0.00 | | 0.00 | FA |
| 10. | 2004 Toyota Prius | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. | 2003 Honda Odyssey | 4,500.00 | 0.00 | | 0.00 | FA |
| 12. | 1996 Honda Civic | 500.00 | 0.00 | | 0.00 | FA |
| 13. | The Alice M Wood Special Needs Trust Order 5/16/2013 sustaining Trustee's objection to debtor's claim of exemption in special needs trust. Order 6/7/2013 denied debtor's motion to alter or amend orders dated 5/16/2013. | 160,000.00 | 77,500.00 | | 77,500.00 | FA |
| 14. | Trademark & Copy Rights | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $551,426.00 | $77,500.00 | | $77,500.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  2

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-34265   DRC   Judge: Donald R. Cassling | |
| Case Name: | MCQUAID, DANIEL | |
| | WOOD, ALICE | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 08/29/12 (f) |
| 341(a) Meeting Date: | 09/27/12 |
| Claims Bar Date: | 04/12/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

July 27, 2015, 03:11 pm

Matter pending re: turnover of Special Needs Trust. Appeal filed from Successor Trustee has determined that this case
cannot be closed until malpractice action has been finalized.  Litigation is pending. That case effects claims
distribution

October 20, 2014, 03:41 pm

Decision of court in favor of Trustee.

Settlement & compromise pending

Settlement ordered.  Settlement money deposited.

Review of Claims pending.

Claims review should be completed by 2/15/14.

Case can proceed to final at that time. est is 5/30/14.

TFR Submitted to UST 2/21/14

Final Report withdraw per Trustee

Status of Final Report waiting for results of Wood/Young America's Foundation malpractice litigation unreported to
Trustee until filing of objection 3/20/14.

Initial Projected Date of Final Report (TFR): 12/31/14          Current Projected Date of Final Report (TFR): 12/31/15

        /s/     GINA B. KROL
_____ Date: 08/11/15
        GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 12-34265  -DRC |
| Case Name: | MCQUAID, DANIEL |
| | WOOD, ALICE |
| Taxpayer ID No: | *******2430 |
| For Period Ending: | 08/11/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******6501  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/30/13 | 13 | Daniel McQuad Trustee of Alice M. Wood Special Trust<br>623 Melody Lane<br>Naperville, IL  60540 | SETTLEMENT PAYMENT ordered September 13, 2013 | 1149-000 | 77,500.00 | | 77,500.00 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 125.06 | 77,374.94 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 124.85 | 77,250.09 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 120.63 | 77,129.46 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 132.49 | 76,996.97 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 92.18 | 76,904.79 |
| 05/06/14 | | Transfer to Acct #*******0881 | Bank Funds Transfer | 9999-000 | | 76,904.79 | 0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

LFORM2T4

Ver: 18.05

Page:   2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-34265  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | MCQUAID, DANIEL | Bank Name: | Green Bank |
| | WOOD, ALICE | Account Number / CD #: | *******6501  Checking Account |
| Taxpayer ID No: | *******2430 | | |
| For Period Ending: | 08/11/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account  *******6501 | | Balance Forward | 0.00 | | | | |
| | 1 | Deposits | 77,500.00 | 0 | Checks | 0.00 | |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 595.21 | |
| | | | | 1 | Transfers Out | 76,904.79 | |
| | | Subtotal | $   77,500.00 | | | | |
| | | | | | Total | $   77,500.00 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $   77,500.00 | | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM2T4

Ver: 18.05

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-34265 -DRC |
| Case Name: | MCQUAID, DANIEL |
| | WOOD, ALICE |
| Taxpayer ID No: | *******2430 |
| For Period Ending: | 08/11/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0881  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******6501 | Bank Funds Transfer | 9999-000 | 76,904.79 | | 76,904.79 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 76,893.73 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.29 | 76,779.44 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.46 | 76,668.98 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.99 | 76,554.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.82 | 76,441.17 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.99 | 76,331.18 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.48 | 76,217.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.66 | 76,108.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.14 | 75,994.90 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.99 | 75,881.91 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 43.36 | 75,838.55 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.87 | 75,736.68 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.59 | 75,624.09 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.81 | 75,515.28 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.27 | 75,403.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.48 | 75,294.53 |

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-34265  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | MCQUAID, DANIEL | Bank Name: | ASSOCIATED BANK |
| | WOOD, ALICE | Account Number / CD #: | *******0881  Checking Account |
| Taxpayer ID No: | *******2430 | | |
| For Period Ending: | 08/11/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Account  *******0881 | | Balance Forward | | 0.00 | | |
|  | | 0 | Deposits | | 0.00 | 1 | Checks | 43.36 |
|  | | 0 | Interest Postings | | 0.00 | 15 | Adjustments Out | 1,566.90 |
|  | | | | | | 0 | Transfers Out | 0.00 |
|  | | | Subtotal | $ | 0.00 | | |
|  | | | | | | | Total | $  1,610.26 |
|  | | 0 | Adjustments In | | 0.00 | | |
|  | | 1 | Transfers In | | 76,904.79 | | |
|  | | | Total | $ | 76,904.79 | | |

|  | Report Totals | | Balance Forward | | 0.00 | | |
|  | | 1 | Deposits | | 77,500.00 | 1 | Checks | 43.36 |
|  | | 0 | Interest Postings | | 0.00 | 20 | Adjustments Out | 2,162.11 |
|  | | | | | | 1 | Transfers Out | 76,904.79 |
|  | | | Subtotal | $ | 77,500.00 | | Total | $  79,110.26 |
|  | | 0 | Adjustments In | | 0.00 | | |
|  | | 1 | Transfers In | | 76,904.79 | | |
|  | | | Total | $ | 154,404.79 | Net Total Balance | $  75,294.53 |

/s/    GINA B. KROL

Trustee's Signature: _____   Date: 08/11/15

GINA B. KROL

| | | | EXHIBIT C | | |
|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | Date: August 11, 2015 |

Case Number:  12-34265
Debtor Name:  MCQUAID, DANIEL

Priority Sequence

Joint Debtor: WOOD, ALICE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3991-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative | | $0.00 | $3,562.50 | $3,562.50 |
| 001 2100-00 | Gina B. Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Administrative | | $0.00 | $3,562.50 | $3,562.50 |
| 200 3110-00 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative | | $9,312.50 | $9,312.50 | $9,312.50 |
| 200 3120-00 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative | | $25.52 | $25.52 | $25.52 |
| 1 610 7100-00 | Hinshaw and Culbertson LLP Attn: Julie Ashmore 222 N. LaSalle Street, Suite 300 Chicago, IL 60601 | Unsecured | | $0.00 | $4,759.00 | $4,759.00 |
| 10 610 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $29,801.61 | $29,801.61 |
| 11 610 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 100879262 | Unsecured | (11-1) CREDIT CARD DEBT | $0.00 | $19,683.88 | $19,683.88 |
| 12 610 7100-00 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $17,229.27 | $17,229.27 |
| 13 610 7100-00 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $12,181.83 | $12,181.83 |
| 14 610 7100-00 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $11,027.15 | $11,027.15 |

|  | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 11, 2015 |

Case Number:  12-34265  
Debtor Name:  MCQUAID, DANIEL  

Priority Sequence

Joint Debtor: WOOD, ALICE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 15<br>610<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL<br>ASSOC<br>POB 41067<br>Norfolk, VA  23541 | Unsecured | | $0.00 | $8,327.62 | $8,327.62 |
| 16<br>610<br>7100-00 | BMO Harris Bank N.A.<br>Howard & Howard Attorneys PLLC<br>c/o Donna Rizzuto<br>200 South Michigan Ave. Ste 1100<br>Chicago, IL  60604 | Unsecured | | $0.00 | $50,794.38 | $50,794.38 |
| 2<br>610<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  430543025 | Unsecured | | $0.00 | $16,733.60 | $16,733.60 |
| 3<br>610<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $0.00 | $56,441.70 | $56,441.70 |
| 4<br>610<br>7100-00 | Young America's Foundation<br>Whitman Brisky -Mauck & Baker,<br>LLC<br>1 North LaSalle St<br>Suite 600<br>Chicago, IL  60602 | Unsecured<br>Pursuant to Settlement Agreement dated January 12, 2015 Claimant has released the Estate<br>from liability on the claim. | | $0.00 | $2,500,000.00 | $0.00 |
| 5<br>610<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  452015229 | Unsecured<br>(5-1) loc3579 | | $0.00 | $7,886.20 | $7,886.20 |
| 6<br>610<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  452015229 | Unsecured<br>(6-1) loc9919 | | $0.00 | $465.89 | $465.89 |
| 7<br>610<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured<br>(7-1) CREDIT CARD DEBT | | $0.00 | $6,469.60 | $6,469.60 |
| 8<br>610<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured<br>(8-1) CREDIT CARD DEBT | | $0.00 | $4,101.24 | $4,101.24 |
| 9<br>610<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  452015229 | Unsecured<br>(9-1) ILX6100 | | $0.00 | $24,995.17 | $24,995.17 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 11, 2015 |
|---|---|---|---|---|---|---|

| Case Number: | 12-34265 | | Priority Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | MCQUAID, DANIEL | | | Joint Debtor: WOOD, ALICE | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $43.36 | $43.36 |
| | Case Totals: | | | $9,338.02 | $2,787,404.52 | $287,404.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-34265 DRC
Case Name: MCQUAID, DANIEL
WOOD, ALICE
Trustee Name: GINA B. KROL

Balance on hand                                    $           75,294.53

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Successor Chapter 7 Trustee Trustee Fees: GINA B. KROL | $ 3,562.50 | $ 0.00 | $ 3,562.50 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 9,312.50 | $ 0.00 | $ 9,312.50 |
| Other: Adams Levine Surety Bond Agency | $ 43.36 | $ 43.36 | $ 0.00 |
| Original Chapter 7 Trustee Other: David E. Grochocinski | $ 3,562.50 | $ 0.00 | $ 3,562.50 |
| Other: InnovaLaw, PC | $ 25.52 | $ 0.00 | $ 25.52 |

Total to be paid for chapter 7 administrative expenses      $        16,463.02

Remaining Balance                                          $        58,831.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 270,898.14  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  21.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Hinshaw and Culbertson LLP<br>Attn: Julie Ashmore<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL  60601 | $        4,759.00 | $          0.00 | $        1,033.52 |
| 2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025 | $       16,733.60 | $          0.00 | $        3,634.07 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $       56,441.70 | $          0.00 | $       12,257.56 |
| 4 | Young America's Foundation<br>Whitman Brisky -Mauck & Baker, LLC<br>1 North LaSalle St<br>Suite 600<br>Chicago, IL  60602 | $            0.00 | $          0.00 | $            0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 452015229 | $ 7,886.20 | $ 0.00 | $ 1,712.66 |
| 6 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 452015229 | $ 465.89 | $ 0.00 | $ 101.18 |
| 7 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA  193550701 | $ 6,469.60 | $ 0.00 | $ 1,405.02 |
| 8 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA  193550701 | $ 4,101.24 | $ 0.00 | $ 890.67 |
| 9 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 452015229 | $ 24,995.17 | $ 0.00 | $ 5,428.25 |
| 10 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | $ 29,801.61 | $ 0.00 | $ 6,472.08 |
| 11 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  100879262 | $ 19,683.88 | $ 0.00 | $ 4,274.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA  23541 | $          17,229.27 | $               0.00 | $          3,741.72 |
| 13 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA  23541 | $          12,181.83 | $               0.00 | $          2,645.55 |
| 14 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA  23541 | $          11,027.15 | $               0.00 | $          2,394.79 |
| 15 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC POB 41067 Norfolk, VA  23541 | $            8,327.62 | $               0.00 | $          1,808.53 |
| 16 | BMO Harris Bank N.A. Howard & Howard Attorneys PLLC c/o Donna Rizzuto 200 South Michigan Ave. Ste 1100 Chicago, IL  60604 | $          50,794.38 | $               0.00 | $        11,031.12 |

Total to be paid to timely general unsecured creditors        $          58,831.51

Remaining Balance        $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE