**UNITED STATES BANKRUPTCY COURT**

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCQUAID, DANIEL | § | Case No. 12-34265 DRC |
| WOOD, ALICE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   JEFFREY P. ALLSTEADT
   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/11/2015 in Courtroom 240,

   Kane County Courthouse
   100 S. Third Street
   Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/11/2015            By: JEFFREY P. ALLSTEADT
                                         Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
MCQUAID, DANIEL                     §    Case No. 12-34265 DRC
WOOD, ALICE                         §
                                    §
         Debtor(s)                  §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 77,500.00 |
| and approved disbursements of | $ | 2,205.47 |
| leaving a balance on hand of[1] | $ | 75,294.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Successor Chapter 7 Trustee Trustee Fees: GINA B. KROL | $ 3,562.50 | $ 0.00 | $ 3,562.50 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 9,312.50 | $ 0.00 | $ 9,312.50 |
| Other: Adams Levine Surety Bond Agency | $ 43.36 | $ 43.36 | $ 0.00 |
| Original Chapter 7 Trustee Other: David E. Grochocinski | $ 3,562.50 | $ 0.00 | $ 3,562.50 |
| Other: InnovaLaw, PC | $ 25.52 | $ 0.00 | $ 25.52 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 16,463.02 |
| Remaining Balance | $ 58,831.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 270,898.14 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Hinshaw and Culbertson LLP<br>Attn: Julie Ashmore<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL  60601 | $ 4,759.00 | $ 0.00 | $ 1,033.52 |
| 2 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025 | $ 16,733.60 | $ 0.00 | $ 3,634.07 |
| 3 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $ 56,441.70 | $ 0.00 | $ 12,257.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | Young America's Foundation<br>Whitman Brisky -Mauck & Baker, LLC<br>1 North LaSalle St<br>Suite 600<br>Chicago, IL  60602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  452015229 | $ 7,886.20 | $ 0.00 | $ 1,712.66 |
| 6 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  452015229 | $ 465.89 | $ 0.00 | $ 101.18 |
| 7 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | $ 6,469.60 | $ 0.00 | $ 1,405.02 |
| 8 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | $ 4,101.24 | $ 0.00 | $ 890.67 |
| 9 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  452015229 | $ 24,995.17 | $ 0.00 | $ 5,428.25 |
| 10 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $ 29,801.61 | $ 0.00 | $ 6,472.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 100879262 | $ 19,683.88 | $ 0.00 | $ 4,274.79 |
| 12 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | $ 17,229.27 | $ 0.00 | $ 3,741.72 |
| 13 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | $ 12,181.83 | $ 0.00 | $ 2,645.55 |
| 14 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | $ 11,027.15 | $ 0.00 | $ 2,394.79 |
| 15 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | $ 8,327.62 | $ 0.00 | $ 1,808.53 |
| 16 | BMO Harris Bank N.A.<br>Howard & Howard Attorneys PLLC<br>c/o Donna Rizzuto<br>200 South Michigan Ave. Ste 1100<br>Chicago, IL  60604 | $ 50,794.38 | $ 0.00 | $ 11,031.12 |

Total to be paid to timely general unsecured creditors     $     58,831.51

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 12-34265-DRC
Daniel J McQuaid                                                   Chapter 7
Alice M Wood
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 2                   Date Rcvd: Aug 13, 2015
                               Form ID: pdf006              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2015.
db/jdb         +Daniel J McQuaid,    Alice M Wood,    623 Melody Lane,    Naperville, IL 60540-6618
20123022        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19375035       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
20495572       +BMO Harris Bank N.A.,    Howard & Howard Attorneys PLLC,    c/o Donna Rizzuto,
                 200 South Michigan Ave. Ste 1100,    Chicago, IL 60604-2461
19375036       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19375037       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19375038       +Citibank,    Po Box 22828,    Rochester, NY 14692-2828
19375040       +Glelsi/Us Bank,    Po Box 7860,    Madison, WI 53707-7860
19375041       +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
19778789       +Hinshaw and Culbertson LLP,    Attn: Julie Ashmore,    222 N. LaSalle Street, Suite 300,
                 Chicago, IL 60601-1081
19375043       +Old Second National Ba,    37 S River St,    Aurora, IL 60506-4172
20308838      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:    Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOC,    POB 41067,    Norfolk, VA 23541)
20087391      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    US BANK N.A.,   BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
19375047        Verizon Wireless,    PO Box 25506,    Lehigh Valley, PA 18002
19520815       +Young America's Foundation,    Whitman Brisky -Mauck & Baker, LLC,    1 North LaSalle St,
                 Suite 600,   Chicago, IL 60602-3981
20305431        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19916734        E-mail/PDF: mrdiscen@discover.com Aug 14 2015 11:30:00      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19375039       +E-mail/PDF: mrdiscen@discover.com Aug 14 2015 11:30:00      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19375042        E-mail/Text: cio.bncmail@irs.gov Aug 14 2015 00:58:44      Internal Revenue Service (IRS),
                 PO Box 7346,    Philadelphia, PA 19101-7346
19959047       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2015 01:15:28
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20123023*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20308837*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:    Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOCIATIO,    POB 41067,   Norfolk, VA 23541)
19375044*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    Us Bank,    Po Box 5227,   Cincinnati, OH 45201)
19375045*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    Us Bank Hogan Loc,    Po Box 5227,   Cincinnati, OH 45201)
19375046*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    Us Bank/Na Nd,    4325 17th Ave S,   Fargo, ND 58125)
                                                                                              TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2015                                    Signature:  /s/Joseph Speetjens

District/off: 0752-1        User: froman                Page 2 of 2              Date Rcvd: Aug 13, 2015
                            Form ID: pdf006             Total Noticed: 20

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2015 at the address(es) listed below:

              David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
              David E Grochocinski    on behalf of Attorney    InnovaLaw, PC dgrochocinski@innovalaw.com,
               deg@trustesolutions.net
              Donna   Rizzuto    on behalf of Creditor    BMO Harris Bank N.A. drizzuto@costellolegal.com,
               jdark@costellolegal.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              John H Redfield    on behalf of Debtor Daniel J McQuaid jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John H Redfield    on behalf of Joint Debtor Alice M Wood jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              John J Lynch    on behalf of Debtor Daniel J McQuaid jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              John J Lynch    on behalf of Joint Debtor Alice M Wood jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, PC kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              L. Judson Todhunter    on behalf of Creditor    BMO Harris Bank N.A. JTodhunter@howardandhoward.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Whitman H. Brisky    on behalf of Creditor    Young America's Foundation wbrisky@mauckbaker.com,
               WHBCourt@mauckbaker.com;raguilan@mauckbaker.com;mhills@mauckbaker.com
              William J Connelly    on behalf of Joint Debtor Alice M Wood wconnelly@hinshawlaw.com
                                                                                             TOTAL: 13