# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCQUAID, DANIEL | § | Case No. 12-34265 DRC |
| WOOD, ALICE | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 378,426.00              Assets Exempt: 13,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 58,831.51      Claims Discharged
                                                  Without Payment: 357,750.63

Total Expenses of Administration: 18,668.49

---

3) Total gross receipts of $ 77,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 77,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 506,345.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,668.49 | 18,668.49 | 18,668.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 214,725.00 | 2,770,898.14 | 270,898.14 | 58,831.51 |
| **TOTAL DISBURSEMENTS** | $ 727,070.00 | $ 2,789,566.63 | $ 289,566.63 | $ 77,500.00 |

4) This case was originally filed under chapter 7 on 08/29/2012 . The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2016                By:/s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| The Alice M Wood Special Needs Trust | 1149-000 | 77,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 77,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | 406,652.00 | NA | NA | 0.00 |
| | Old Second National Ba 37 S River St Aurora, IL 60506 | | 99,693.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 506,345.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,562.50 | 3,562.50 | 3,562.50 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 43.36 | 43.36 | 43.36 |
| ASSOCIATED BANK | 2600-000 | NA | 1,566.90 | 1,566.90 | 1,566.90 |
| Green Bank | 2600-000 | NA | 595.21 | 595.21 | 595.21 |
| INNOVALAW, PC | 3110-000 | NA | 9,312.50 | 9,312.50 | 9,312.50 |
| INNOVALAW, PC | 3120-000 | NA | 25.52 | 25.52 | 25.52 |
| DAVID E. GROCHOCINSKI | 3991-000 | NA | 3,562.50 | 3,562.50 | 3,562.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,668.49 | $ 18,668.49 | $ 18,668.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service (IRS) PO Box 7346 Philadelphia, PA 19101-7346 | | 6,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 19,648.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 56,441.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 29,801.00 | NA | NA | 0.00 |
| | Glelsi/Us Bank Po Box 7860 Madison, WI 53707 | | 10,894.00 | NA | NA | 0.00 |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | 11,986.00 | NA | NA | 0.00 |
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | 10,914.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 9,362.00 | 6,469.60 | 6,469.60 | 1,405.02 |
| 8 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 709.00 | 4,101.24 | 4,101.24 | 890.67 |
| 16 | BMO HARRIS BANK N.A. | 7100-000 | 17,089.00 | 50,794.38 | 50,794.38 | 11,031.12 |
| 2 | DISCOVER BANK | 7100-000 | 16,539.00 | 16,733.60 | 16,733.60 | 3,634.07 |
| 11 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 19,683.88 | 19,683.88 | 4,274.79 |
| 1 | HINSHAW AND CULBERTSON LLP | 7100-000 | NA | 4,759.00 | 4,759.00 | 1,033.52 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 17,229.27 | 17,229.27 | 3,741.72 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 12,181.83 | 12,181.83 | 2,645.55 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 11,027.15 | 11,027.15 | 2,394.79 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 8,327.62 | 8,327.62 | 1,808.53 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 29,801.61 | 29,801.61 | 6,472.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 56,441.70 | 56,441.70 | 12,257.56 |
| 5 | US BANK N.A. | 7100-000 | 6,469.00 | 7,886.20 | 7,886.20 | 1,712.66 |
| 6 | US BANK N.A. | 7100-000 | 481.00 | 465.89 | 465.89 | 101.18 |
| 9 | US BANK N.A. | 7100-000 | 24,392.00 | 24,995.17 | 24,995.17 | 5,428.25 |
| 4 | YOUNG AMERICA'S FOUNDATION | 7100-000 | NA | 2,500,000.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 214,725.00 | $ 2,770,898.14 | $ 270,898.14 | $ 58,831.51 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-34265 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL | | | Date Filed (f) or Converted (c): | 08/29/12 (f) |
| | WOOD, ALICE | | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: | 01/19/16 | | | Claims Bar Date: | 04/12/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 623 Melody Lane, Naperville IL 60540 - Per Zillo | 327,226.00 | 0.00 | | 0.00 | FA |
| 2. 111 Center Street, Unit 235 Lake Geneva, IL - Listed on MLS @ $110,000.00 Held with Co-Debtors Mother Doris Wood | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking / Savings Account at U.S. Bank | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. Misc Household Goods and Furniture located at - , Resale Value | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal Clothing of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7. TRS Retirement | 0.00 | 0.00 | | 0.00 | FA |
| 8. Wealth Watchers Int. - Trademark & Copy Rights | 100.00 | 0.00 | | 0.00 | FA |
| 9. Law Offices of Alice Wood | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Toyota Prius | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. 2003 Honda Odyssey | 4,500.00 | 0.00 | | 0.00 | FA |
| 12. 1996 Honda Civic | 500.00 | 0.00 | | 0.00 | FA |
| 13. The Alice M Wood Special Needs Trust  Order 5/16/2013 sustaining Trustee's objection to debtor's claim of exemption in special needs trust. Order 6/7/2013 denied debtor's motion to alter or amend orders dated 5/16/2013. | 160,000.00 | 77,500.00 | | 77,500.00 | FA |
| 14. Trademark & Copy Rights | 500.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $551,426.00 | $77,500.00 | | $77,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM F**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-34265   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | MCQUAID, DANIEL | Date Filed (f) or Converted (c): 08/29/12 (f) |
| | WOOD, ALICE | 341(a) Meeting Date: 09/27/12 |
| | | Claims Bar Date: 04/12/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

July 27, 2015, 03:11 pm

Matter pending re: turnover of Special Needs Trust. Appeal filed from Successor Trustee has determined that this case

cannot be closed until malpractice action has been finalized.  Litigation is pending. That case effects claims

distribution

October 20, 2014, 03:41 pm

Decision of court in favor of Trustee.

Settlement & compromise pending

Settlement ordered.  Settlement money deposited.

Review of Claims pending.

Claims review should be completed by 2/15/14.

Case can proceed to final at that time. est is 5/30/14.

TFR Submitted to UST 2/21/14

Final Report withdraw per Trustee

Status of Final Report waiting for results of Wood/Young America's Foundation malpractice litigation unreported to

Trustee until filing of objection 3/20/14.

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/15

/s/   GINA B. KROL
_____   Date: 01/19/16
    GINA B. KROL

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 19.05b

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-34265 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL | | Bank Name: | Green Bank |
| | WOOD, ALICE | | Account Number / CD #: | *******6501  Checking Account |
| Taxpayer ID No: | *******2430 | | | |
| For Period Ending: | 01/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/30/13 | 13 | Daniel McQuad Trustee of Alice M. Wood Special Trust<br>623 Melody Lane<br>Naperville, IL  60540 | SETTLEMENT PAYMENT ordered September 13, 2013 | 1149-000 | 77,500.00 | | 77,500.00 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 125.06 | 77,374.94 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 124.85 | 77,250.09 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 120.63 | 77,129.46 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 132.49 | 76,996.97 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 92.18 | 76,904.79 |
| 05/06/14 | | Transfer to Acct #*******0881 | Bank Funds Transfer | 9999-000 | | 76,904.79 | 0.00 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-34265 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL | | Bank Name: | Green Bank |
| | WOOD, ALICE | | Account Number / CD #: | *******6501 Checking Account |
| Taxpayer ID No: | *******2430 | | | |
| For Period Ending: | 01/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******6501 | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 77,500.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 595.21 |
| | | | | 1 | Transfers Out | 76,904.79 |
| | | Subtotal | $ 77,500.00 | | | |
| | | | | | Total | $ 77,500.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 77,500.00 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-34265 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCQUAID, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | WOOD, ALICE | | Account Number / CD #: | *******0881  Checking Account |
| Taxpayer ID No: | *******2430 | | | |
| For Period Ending: | 01/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******6501 | Bank Funds Transfer | 9999-000 | 76,904.79 | | 76,904.79 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 76,893.73 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.29 | 76,779.44 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.46 | 76,668.98 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.99 | 76,554.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.82 | 76,441.17 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.99 | 76,331.18 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.48 | 76,217.70 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 109.66 | 76,108.04 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.14 | 75,994.90 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.99 | 75,881.91 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 43.36 | 75,838.55 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 101.87 | 75,736.68 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.59 | 75,624.09 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.81 | 75,515.28 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 112.27 | 75,403.01 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.48 | 75,294.53 |
| 09/11/15 | 030002 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Final Distribution | 3991-000 | | 3,562.50 | 71,732.03 |
| 09/11/15 | 030003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 3,562.50 | 68,169.53 |
| 09/11/15 | 030004 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Final Distribution | 3110-000 | | 9,312.50 | 58,857.03 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

Ver: 19.05b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-34265 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCQUAID, DANIEL | Bank Name: | ASSOCIATED BANK |
|  | WOOD, ALICE | Account Number / CD #: | *******0881 Checking Account |
| Taxpayer ID No: | *******2430 |  |  |
| For Period Ending: | 01/19/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/15 | 030005 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Final Distribution | 3120-000 |  | 25.52 | 58,831.51 |
| 09/11/15 | 030006 | Hinshaw and Culbertson LLP<br>Attn: Julie Ashmore<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL  60601 | Final Distribution | 7100-000 |  | 1,033.52 | 57,797.99 |
| 09/11/15 | 030007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Final Distribution | 7100-000 |  | 6,472.08 | 51,325.91 |
| 09/11/15 | 030008 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY  100879262 | Final Distribution | 7100-000 |  | 4,274.79 | 47,051.12 |
| 09/11/15 | 030009 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | Final Distribution | 7100-000 |  | 3,741.72 | 43,309.40 |
| 09/11/15 | 030010 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | Final Distribution | 7100-000 |  | 2,645.55 | 40,663.85 |
| 09/11/15 | 030011 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA  23541 | Final Distribution | 7100-000 |  | 2,394.79 | 38,269.06 |
| 09/11/15 | 030012 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC<br>POB 41067 | Final Distribution | 7100-000 |  | 1,808.53 | 36,460.53 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-34265 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MCQUAID, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | WOOD, ALICE | | Account Number / CD #: | *******0881  Checking Account |
| Taxpayer ID No: | *******2430 | | | |
| For Period Ending: | 01/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk, VA  23541 | | | | | |
| 09/11/15 | 030013 | BMO Harris Bank N.A. | Final Distribution | 7100-000 | | 11,031.12 | 25,429.41 |
| | | Howard & Howard Attorneys PLLC | | | | | |
| | | c/o Donna Rizzuto | | | | | |
| | | 200 South Michigan Ave. Ste 1100 | | | | | |
| | | Chicago, IL  60604 | | | | | |
| 09/11/15 | 030014 | Discover Bank | Final Distribution | 7100-000 | | 3,634.07 | 21,795.34 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH  430543025 | | | | | |
| 09/11/15 | 030015 | PYOD, LLC its successors and assigns as assignee | Final Distribution | 7100-000 | | 12,257.56 | 9,537.78 |
| | | of Citibank, N.A. | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC  29602 | | | | | |
| 09/11/15 | 030016 | US BANK N.A. | Final Distribution | 7100-000 | | 1,712.66 | 7,825.12 |
| | | BANKRUPTCY DEPARTMENT | | | | | |
| | | P.O. BOX 5229 | | | | | |
| | | CINCINNATI, OH  452015229 | | | | | |
| 09/11/15 | 030017 | US BANK N.A. | Final Distribution | 7100-000 | | 101.18 | 7,723.94 |
| | | BANKRUPTCY DEPARTMENT | | | | | |
| | | P.O. BOX 5229 | | | | | |
| | | CINCINNATI, OH  452015229 | | | | | |
| 09/11/15 | 030018 | American Express Bank, FSB | Final Distribution | 7100-000 | | 1,405.02 | 6,318.92 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA  193550701 | | | | | |
| 09/11/15 | 030019 | American Express Bank, FSB | Final Distribution | 7100-000 | | 890.67 | 5,428.25 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA  193550701 | | | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 19.05b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-34265 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MCQUAID, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | WOOD, ALICE | | Account Number / CD #: | *******0881 Checking Account |
| Taxpayer ID No: | *******2430 | | | |
| For Period Ending: | 01/19/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/15 | 030020 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 452015229 | Final Distribution | 7100-000 | | 5,428.25 | 0.00 |

| Account *******0881 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 20 | Checks | 75,337.89 |
| | 0 | Interest Postings | 0.00 | 15 | Adjustments Out | 1,566.90 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 76,904.79 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 76,904.79 | | | |
| | | Total | $ 76,904.79 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 77,500.00 | 20 | Checks | 75,337.89 |
| | 0 | Interest Postings | 0.00 | 20 | Adjustments Out | 2,162.11 |
| | | | | 1 | Transfers Out | 76,904.79 |
| | | Subtotal | $ 77,500.00 | | | |
| | | | | | Total | $ 154,404.79 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 76,904.79 | | | |
| | | Total | $ 154,404.79 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/19/16
GINA B. KROL